# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDON DURHAM, individually and on behalf of all those similarly situated, | Case No.: 1:23-cv-03221 |
| Plaintiff, | Hon. Sharon Johnson Coleman |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| BRIGHTON-BEST INTERNATIONAL, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendant. This notice of dismissal is being filed with the Court before service by the Defendant of either an answer or a motion for summary judgment.

Dated: July 24, 2023                     Respectfully Submitted,


/s/Keith L. Gibson
Keith L. Gibson, Esq.
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: bogdan@keithgibsonlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

/s/ Keith L. Gibson
Keith L. Gibson, Esq.